dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-239-CV

AMX ENTERPRISES, L.L.P., APPELLANT

F/K/A AMX ENTERPRISES, INC.
   

V.

MASTER REALTY CORP. AND APPELLEES

COMPOSITE INVESTMENTS, INC.

----------

FROM THE 141
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Agreed Motion To Dismiss Appeal As To Composite Investments, Inc. Only.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal of appellant as to appellee Composite Investments, Inc. only.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  This case shall hereafter be styled “
AMX Enterprises, L.L.P., f/k/a AMX Enterprises, Inc.
 v. 
Master Realty Corp.
”

Costs of the appeal of appellant as to appellee Composite Investments, Inc. only shall be paid by appellant, 
for which let execution issue.

PER CURIAM 

PANEL B:  GARDNER, HOLMAN, and WALKER, JJ.

DELIVERED:   July 24, 2008

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.